UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTONIO TAYLOR                                                                                                    PLAINTIFF

VS.                                                                        CIVIL ACTION NO.: 3:12-cv-277-CWR-FKB

HINDS COUNTY SHERIFF'S DEPARTMENT, ET AL.                                                DEFENDANTS

## ORDER OF DISMISSAL

THE PARTIES have agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to all parties. If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

SO ORDERED, this the 28th day of April, 2014.

s/Carlton W. Reeves
UNITED STATES DISTRICT JUDGE